**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-2408**

_____

HELEN M. LOMAX,

                              Plaintiff - Appellant,

        versus

SCHINDLER ELEVATOR CORPORATION,

                              Defendant - Appellee.

_____

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-00-199-7)

_____

Submitted:  April 27, 2001          Decided:  May 3, 2001

_____

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Carr L. Kinder, Jr., CARR L. KINDER, JR., P.C., Roanoke, Virginia,
for Appellant.  Victor S. Skaff, III, GENTRY, LOCKE, RAKES & MOORE,
Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Helen M. Lomax appeals the district court's order granting summary judgment in favor of Schindler Elevator Corporation in her action in which she alleged a product liability claim and that Schindler's negligence caused an elevator door to close too quickly on her, injuring her arm and shoulder. We have reviewed the briefs and the joint appendix and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lomax v. Schindler Elevator Corp.</u>, No. CA-00-199-7 (W.D. Va. filed Oct. 2, 2000; entered Oct. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>